# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 11, 2014

### NO. 03-13-00608-CV

**Sharon L. Epstein; Paul J. Gebauer; Jessie B. Gebauer; Ira L. Epstein; and All Occupants of 2335 Wright Circle, Round Rock, Texas 78664, Appellants**

**v.**

**Bank of America, N.A., Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgment signed by the trial court on February 20, 2013. Having reviewed the record, the Court holds that the occupants of 2335 Wright Circle in Round Rock have not prosecuted their appeal and did not comply with a notice from the Clerk of this Court. The appeal is thus subject to dismissal. Therefore, the Court dismisses the appeal for want of prosecution. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.